**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| IN RE: | CaseNumber: 10-22093 |
| Chapter 13 Administration | Debtor(s): CHRISTINE MARIE SIMMEN |

**<u>LINE DEPOSITING FUNDS INTO COURT REGISTRY</u>**

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$5,579.77** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 07/20/2015              Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| DYCK O'NEAL INC<br>P O BOX 601549<br>DALLAS, TX,   75360 | | $5,579.77 |
| Total | | **$5,579.77** |